**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re<br><br>UNITED ROAD TOWING, INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 20-3646962 | : | Chapter 11<br><br>Case No. 17-10249 (LSS) |
| In re<br><br>URT HOLDINGS, INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 20-3738341 | : | Chapter 11<br><br>Case No. 17-10250 (LSS) |
| In re<br><br>CITY TOWING INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 88-0112118 | : | Chapter 11<br><br>Case No. 17-10251 (LSS) |
| In re<br><br>URS WEST, INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 52-2107279 | : | Chapter 11<br><br>Case No. 17-10252 (LSS) |
| In re<br><br>BILL & WAGS, INC. (D/B/A BILL & WAG'S TOWING),<br><br>Debtor.<br><br>Employer Tax I.D. No. 95-2763518 | : | Chapter 11<br><br>Case No. 17-10253 (LSS) |

| | | |
|---|---|---|
| In re | | |
| EXPORT ENTERPRISES OF MASSACHUSETTS, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10254 (LSS) |
| Employer Tax I.D. No. 43-1985689 | : | |
| In re | : | |
| PAT'S TOWING, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10255 (LSS) |
| Employer Tax I.D. No. 27-0726964 | : | |
| In re | : | |
| KEYSTONE TOWING, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10256 (LSS) |
| Employer Tax I.D. No. 54-2186356 | : | |
| In re | : | |
| ROSS BAKER TOWING, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10257 (LSS) |
| Employer Tax I.D. No. 95-2919742 | : | |
| In re | : | |
| URT TEXAS, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10258 (LSS) |
| Employer Tax I.D. No. 26-2733716 | : | |

| | |
|---|---|
| In re<br><br>MART-CAUDLE CORPORATION (D/B/A WALNUT HILL WRECKER),<br><br>Debtor.<br><br>Employer Tax I.D. No. 75-1911912 | Chapter 11<br><br>Case No. 17-10259 (LSS) |
| In re<br><br>SIGNATURE TOWING, INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 75-2933054 | Chapter 11<br><br>Case No. 17-10260 (LSS) |
| In re<br><br>WHW TRANSPORT, INC. (D/B/A CORNISH WRECKER SERVICE),<br><br>Debtor.<br><br>Employer Tax I.D. No. 75-2933055 | Chapter 11<br><br>Case No. 17-10261 (LSS) |
| In re<br><br>URS SOUTHEAST, INC. (D/B/A CORNISH WRECKER SERVICE),<br><br>Debtor.<br><br>Employer Tax I.D. No. 52-2107289 | Chapter 11<br><br>Case No. 17-10262 (LSS) |
| In re<br><br>URS NORTHEAST, INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 52-2107290 | Chapter 11<br><br>Case No. 17-10263 (LSS) |

| | | |
|---|---|---|
| In re | : | |
| URS SOUTHWEST, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10264 (LSS) |
| Employer Tax I.D. No. 52-2107284 | : | |
| In re | : | |
| FAST TOWING, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10265 (LSS) |
| Employer Tax I.D. No. 86-0675898 | : | |
| In re | : | |
| E&R TOWING & GARAGE, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10266 (LSS) |
| Employer Tax I.D. No. 36-2978500 | : | |
| In re | : | |
| SUNRISE TOWING, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10267 (LSS) |
| Employer Tax I.D. No. 88-0187160 | : | |
| In re | : | |
| KEN LEHMAN ENTERPRISES INC. | : | Chapter 11 |
| Debtor. | : | Case No. 17-10268 (LSS) |
| Employer Tax I.D. No. 88-0121970 | : | |

| | |
|---|---|
| In re | |
| UNITED ROAD TOWING OF SOUTH FLORIDA, INC., | Chapter 11 |
| Debtor. | Case No. 17-10269 (LSS) |
| Employer Tax I.D. No. 20-4119186 | |

| | |
|---|---|
| In re | |
| RAPID RECOVERY INCORPORATED | Chapter 11 |
| Debtor. | Case No. 17-10270 (LSS) |
| Employer Tax I.D. No. 41-1991659 | |

| | |
|---|---|
| In re | |
| UNITED ROAD TOWING SERVICES, INC. (F/K/A ENVIRONMENTAL AUTO REMOVAL, INC.), | Chapter 11 |
| | Case No. 17-10271 (LSS) |
| Debtor. | |
| Employer Tax I.D. No. 36-3662206 | |

| | |
|---|---|
| In re | |
| ARRI BROTHERS, INC. (D/B/A SO. CAL TRUCK AND FLEET REPAIR), | Chapter 11 |
| | Case No. 17-10272 (LSS) |
| Debtor. | |
| Employer Tax I.D. No. 95-3367962 | |

| | |
|---|---|
| In re | |
| RANCHO DEL ORO COMPANIES, INC., | Chapter 11 |
| Debtor. | Case No. 17-10273 (LSS) |
| Employer Tax I.D. No. 33-0633924 | |

01:21521995.3

| | | |
|---|---|---|
| In re | : | |
| CSCBD, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10274 (LSS) |
| Employer Tax I.D. No. 33-0802448 | : | |
| In re | : | |
| UR VMS, LLC, | : | Chapter 11 |
| Debtor. | : | Case No. 17-10275 (LSS) |
| Employer Tax I.D. No. 45-1484904 | : | |
| In re | : | |
| URS LEASING, INC., | : | Chapter 11 |
| Debtor. | : | Case No. 17-10276 (LSS) |
| Employer Tax I.D. No. 14-1829072 | : | |
| In re | : | |
| UR VEHICLE MANAGEMENT SOLUTIONS, INC. | : | Chapter 11 |
| Debtor. | : | Case No. 17-10277 (LSS) |
| Employer Tax I.D. No. 81-3140402 | : | |
| | x | **Docket Ref. No. 3** |

## CORRECTED ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1

Upon consideration of the motion (the "Motion")[1] of United Road Towing, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors") for entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of the Debtors' cases under chapter 11 of the

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Bankruptcy Code; and upon the First Day Declaration; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b) and that venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED, as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only, and shall not be a substantive consolidation of the respective estates. These cases shall be administered jointly under Case No. 17-10249 (LSS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1, and the joint caption of the cases shall read as follows:

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| UNITED ROAD TOWING, INC., *et al.*,[1] | : | Case No. 17-10249 (LSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

3. All original pleadings shall be captioned as indicated in the preceding paragraph and all original docket entries shall be made in the case of Debtor United Road Towing, Inc., Case No. 17-10249 (LSS), and a docket entry shall be made in the other Debtors' Chapter 11 Cases substantially as follows:

> An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of: United Road Towing, Inc.; URT Holdings, Inc.; City Towing Inc.; URS West, Inc.; Bill & Wag's, Inc.; Export Enterprises of Massachusetts, Inc.; Pat's Towing, Inc.; Keystone Towing, Inc.; Ross Baker Towing, Inc.; URT Texas, Inc.; Mart-Caudle Corporation; Signature Towing, Inc.; WHW Transport, Inc.; URS Southeast, Inc.; URS Northeast, Inc.; URS Southwest, Inc.; Fast Towing, Inc.; E&R Towing and Garage, Inc.; Sunrise Towing, Inc.; Ken Lehman Enterprises Inc.; United Road Towing of South Florida, Inc.; Rapid Recovery, Inc.; United Road Towing Services, Inc.; Arri Brothers, Inc.; Rancho Del Oro Companies, Inc.; CSCBD, Inc.; URS Leasing, Inc.; UR VMS LLC; UR Vehicle Management Solutions, Inc., and all subsequently filed chapter 11 cases of such debtors' affiliates. The docket in the chapter 11 case of United Road Towing, Inc., Case No. 17-10249 (LSS), should be consulted for all matters affecting the above-listed cases.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing Inc. (2118); URS West, Inc. (3518); Bill & Wag's, Inc. (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart-Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E&R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises Inc. (1970); United Road Towing of South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS LLC (4904); UR Vehicle Management Solutions, Inc. (0402). The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive, Suite 301, Mokena, Illinois 60448.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Feb. 21, 2017
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE